JOANNA P. SHERIDAN (CABN 260090)
J.P. SHERIDAN LAW
601 Montgomery Street, Suite 850
San Francisco, CA 94111
(415) 347-2700

Attorney for Defendant
TOLUFALE IEREMIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TOLUFALE IEREMIA,<br><br>    Defendant. | NO. CR 21-00156 SI<br><br>STIPULATION AND ORDER CONTUINGING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

The above captioned case is currently scheduled for status conference on August 17, 2021. Counsel for Mr. Ieremia, assisted by her firearms expert, has viewed the physical evidence in the case and thereafter requested additional discovery from the government consisting of bench notes and microscopic photographs relied upon by the SFPD Crime Lab in conducting their analysis of the same evidence. In order to afford the defense a sufficient opportunity to obtain, review and analyze the additional discovery, undersigned counsel also jointly request that the Court continue the status conference currently set on August 17, 2021 to September 28, 2020 at 1:00 pm.

The parties agree and stipulate that the time between August 17, 2021 and the next status date of September 28, 2020 should be excluded, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv). The ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial because a failure to grant the requested continuance would unreasonably deny

STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME
AND [PROPOSED] ORDER
21-cr-00156 SI

1

1  defense counsel the reasonable time necessary for effective preparation, taking into account the exercise
2  of due diligence in preparing to challenge the warrant in this case.
3          IT IS SO STIPULATED.
4  DATED: August 13, 2021                                    /s/  *Joanna Sheridan*
5                                                            JOANNA SHERIDAN
                                                             Attorney for Defendant, Gregory Masztal
6
7
8  DATED: August 13, 2021                                    /s/  *with permission*
                                                             DAN KARMEL
9                                                            Assistant United States Attorney

28 STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME
AND [PROPOSED] ORDER
21-cr-00156 SI

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice served by the granting of the continuance from August 17, 2021 through September 28, 2021 outweigh the best interests of the public and the defendant in a speedy and public trial because a failure to grant the requested continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based on these findings, it is hereby ORDERED that time be excluded under the speedy trial act, 18 U.S.C. Section 3161(H) (7)(A) and (B)(iv) from August 17, 2021 until the next status date of September 28, 2021.

Further, it is ORDERED that the STATUS hearings in this matter be continued to September 28, 2021 at 1:00 pm.

**IT IS SO ORDERED.**

DATED: August 13, 2021

THE HONORABLE SUSAN ILLSTON
Senior United States District Judge